IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALEXANDRA LOPEZ,** | ) | **CASE NO. 8:11CV156** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **WASHINGTON COUNTY BANK,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss with prejudice (Filing No. 33). The case has not been certified as a class action under Federal Rule of Civil Procedure 23. The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion to Dismiss with prejudice (Filing No. 33) is granted;

2. This action is dismissed with prejudice;

3. All other pending motions are denied as moot; and

4. The Court will not assess costs or attorney's fees in this case.

Dated this 7th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge